UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

No. 23-3040

———————————

UNITED STATES OF AMERICA,　　　　　　　　　Appellee,

v.

DANIEL DEAN EGTVEDT,　　　　　　　　　Appellant.

# SUPPLEMENT TO
# MOTION TO HOLD CASE IN ABEYANCE

Appellee, the United States of America, continues to submit that this case should be held in abeyance pending issuance of the mandates in *United States v. Fischer*, No. 22-3038, and *United States v. Brock*, No. 22-3045.

## CONCLUSION

WHEREFORE, the government respectfully requests that the Court hold this case in abeyance until issuance of the mandates in both *Fischer* and *Brock*.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

CHRISELLEN R. KOLB
ELIZABETH H. DANELLO
Assistant United States Attorneys

_____/s/_____
REUVEN DASHEVSKY
MA Bar # 693966
Assistant United States Attorney
601 D Street, NW, Room 6.232
Washington, D.C. 20530
Reuven.Dashevsky@usdoj.gov
(202) 252-6829

## CERTIFICATE OF COMPLIANCE WITH RULE 27(d)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 32(g) that this supplement contains 68 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
REUVEN DASHEVSKY
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, F. Clinton Broden, Esq., clint@texascrimlaw.com, on this 2nd day of January, 2024.

/s/
REUVEN DASHEVSKY
Assistant United States Attorney