# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 23-3040** | **September Term, 2023** |
| | 1:21-cr-00177-CRC-1 |
| | **Filed On:** January 16, 2024 |

United States of America,

      Appellee

    v.

Daniel Dean Egtvedt,

      Appellant

      **BEFORE:**    Katsas, Rao, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion to hold the case in abeyance, the supplement thereto, and the opposition, it is

**ORDERED** that this case be held in abeyance pending further order of the court. Appellant may seek to mitigate any prejudice from abeyance by filing a motion in district court seeking release pending appeal pursuant to 18 U.S.C. § 3143(b).

The parties are directed to file motions to govern further proceedings within 30 days after the mandates issue in both <u>United States v. Fischer</u>, No. 22-3038 (cert. granted Dec. 13, 2023), and <u>United States v. Brock</u>, No. 23-3045 (argued Sept. 27, 2023).

### Per Curiam

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                          BY:    /s/
                                       Selena R. Gancasz
                                       Deputy Clerk